No. 04–9506.  MILLER v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 04–9530.  RIDDLEY v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–9531.  TOR v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–9537.  OSIRIS v. BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 04–9554.  COSSETTE v. DEPARTMENT OF AGRICULTURE.  C. A. Fed. Cir.  Certiorari denied.

No. 04–9571.  COLEMAN v. KORMAN, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 04–9608.  BRACKETT v. KIRSHBAUM ET AL.  Ct. App. Colo.  Certiorari denied.

No. 04–9640.  OKPOJU v. CHERTOFF, SECRETARY OF HOMELAND SECURITY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–9641.  TAPIA v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–9649.  RANKIN v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 04–9661.  CARTER v. CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 04–9662.  EVANS ET AL. v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–9668.  FOSTER v. NORTH CAROLINA.  Ct. App. N. C.  Certiorari denied.